NAN SCULLY, Respondent, v. BONWIT TELLER & Co., Appellant.— Order modified by granting motion so far as to require plaintiff to furnish a verified bill of particulars as to items 6-a, 6-b, 6-c, 9-a and 9-b in defendant's notice of motion;

and as so modified affirmed, without costs. The bill of particulars to be furnished within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.